UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14022-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAVID HALL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** was referred to the Honorable Frank J. Lynch Jr, United States Magistrate Judge for a Report and Recommendation on the Eleventh Circuit Court of Appeals' Limited Remand issued August 22, 2008, **(D.E.#63)** filed August 26, 2008 concerning the Defendant's untimely filing of his Notice of Appeal. The Court conducted an evidentiary hearing and filed a Report and Recommendation **(D.E.#68)** on October 17, 2008 recommending to the District Court that the Defendant's untimely Notice of Appeal be considered a motion for extension of time under Fed.R.App.P.4(b)(4) and that the Defendant not be required to file a new notice of appeal, and that his Notice of Appeal already on file with the Court of Appeals be considered a request to appeal Judge Martinez' Order of June 20, 2008, denying the Defendant's Request For Reduction of Sentence. Therefore, it is hereby:

    **ORDERED AND ADJUDGED** that

    The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, (D.E.#68) is hereby **Adopted and Approved** in its entirety.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of November, 2008.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
Clerk, 11th Circuit Court of Appeals
David Hall,
Reg. No. 75914-004
USP-COLEMAN 1
P.O. Box 1033
Coleman, FL 33521-1033