UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-14022-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAVID (NMN) HALL,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON THE FOURTH SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION [DE 113]

**THIS CAUSE** came before the Court upon the Fourth Superseding Petition for Offender Under Supervision ("Petition") [DE No. 113] before a Magistrate Judge.

**THE MATTER** was convened before Magistrate Judge Shaniek M. Maynard on March 25, 2022 and a Report and Recommendation was filed, [DE No. 124], recommending that the Defendant's admission to Violation Number 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, and 21 as set forth in the Fourth Superseding Petition be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 124] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Violation Numbers 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, and 21 as set forth in the Fourth Superseding Petition charging him with **Violation of Standard Conditions**, as proffered on the record during the hearing by the Government.

The Government agreed to recommend dismissal of Violation Numbers 15, 16, 17, 18, 19,

and 20 at the time of sentencing.

A Sentencing hearing will be held in this matter on **Tuesday, May 24, 2022 at 1:30 p.m.,** at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Room #1016, Ft. Pierce, Florida 34950.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14 day of April, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office